**Opinion filed July 17, 2025**



In The

# Eleventh Court of Appeals

_____

## No. 11-24-00113-CR

_____

## JEREMIAH JAMES CLARK, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 24427-B**

## M E M O R A N D U M   O P I N I O N

Appellant, Jeremiah James Clark, entered an open plea of guilty to sexual assault of a child, a second-degree felony. *See* TEX. PENAL CODE ANN. § 22.011(a)(2) (West Supp. 2024). The trial court accepted Appellant's guilty plea and ordered a presentence investigation report to be prepared prior to the sentencing hearing. At the conclusion of the hearing, the trial court assessed Appellant's punishment at imprisonment for ten years in the Institutional Division of the Texas Department of Criminal Justice, and a fine of $2,000.

Appellant's court-appointed counsel has filed a motion to withdraw in this court.  The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and concludes that there are no arguable issues to present on appeal.  *See Anders v. California*, 386 U.S. 738 (1967).  Counsel has provided Appellant with a copy of the brief, a copy of the motion to withdraw, an explanatory letter, and a copy of the clerk's record and reporter's record.  Counsel also advised Appellant of his right to review the record and file a response to counsel's brief, and of his right to file a petition for discretionary review.  *See* TEX. R. APP. P. 68.  As such, court-appointed counsel has complied with the requirements of *Anders*, 386 U.S. 738; *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); and *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991).

Appellant has not filed a pro se response to counsel's *Anders* brief.  Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record and we agree that the appeal is without merit.[1]

Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment of the trial court.

W. BRUCE WILLIAMS
JUSTICE

July 17, 2025

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

[1]Appellant has the right to file a petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure.